# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HENRY SMITH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 17-0456-WS-M |
| COMCAST CORPORATION, et al., | ) |
| Defendants. | ) |

## ORDER

On July 31, 2018, the plaintiff filed what he styled as a motion to vacate, set aside, modify or amend. (Doc. 100). The motion did not include any briefing but instead sought an extension of time by which such briefing must be filed. The Court granted the plaintiff until August 23, 2018 to file such briefing. (Doc. 101). The plaintiff has filed nothing. Accordingly, the plaintiff's motion to vacate, set aside, modify or amend is **denied**.

DONE and ORDERED this 24th day of August, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE